Raymond **LORENTZEN**, Appellant,

v.

**B. J. RHAY**, Superintendent Washington State Penitentiary, Appellee.

No. 19364.

United States Court of Appeals Ninth Circuit.

March 22, 1966.

Raymond Lorentzen, in pro. per.

John J. O'Connell, Atty. Gen. of Washington, Olympia, Wash., for appellee.

Before HAMLEY, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM:

This is a companion case to Draper v. Rhay, 358 F.2d 304, filed in this court under the same docket number, and affirmed per curiam on March 4, 1966.

The district court order herein denying Lorentzen's application for a writ of habeas corpus is affirmed for the reasons stated in the opinion of the district court, reported at 242 F.Supp. 829.

Loren E. **DUVAL**, Appellant,

v.

**J. W. McGUFFIN** and Louis M. Sheffield, Appellees.

No. 10252.

United States Court of Appeals Fourth Circuit.

Argued March 9, 1966.

Decided March 14, 1966.

Bernard Levin, Norfolk, Va., for appellant.

Jack E. Greer, Norfolk, Va. (Williams, Cocke, Worrell & Kelly, Norfolk, Va., on brief), for appellee.

Before BRYAN, Circuit Judge, MARVIN JONES, Senior Judge *, United States Court of Claims, and CRAVEN, District Judge.

PER CURIAM:

No prejudicial error appears in the record of this case, and we affirm the judgment now on appeal.

Affirmed.